# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0827

VERSUS

TORRANCE VERDIN

**FEBRUARY 20, 2026**

---

In Re:    Torrance Verdin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 20-FELY-809862.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**BDE**
**WEF**

**Miller, J.**, dissents. The appeal of this matter was affirmed over the withering dissent of Judge Welch, who was critical of a conviction in the absence of any direct evidence that the defendant possessed an intent to kill, or was the shooter, or was in the vehicle that carried the shooter. See **State v. Verdin**, 2022-1178 (La. App. 1st Cir. 9/7/23), 2023 WL 5767592, *19-22 (unpublished) (Welch, J. dissenting). Under these circumstances, where trial error was properly raised and identified by the applicant, such errors become more impactful, and hence, in my view, increase the probability that, but for the errors, the result of the proceeding would have been different. See **Strickland v. Washington**, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). I also recognize the trial court's unique position to provide context within this framework - which would aid in our review. Thus, I respectfully dissent and I would order the trial court to provide reasons for its ruling pursuant to La. Code Crim. P. art. 930.1.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT